1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,                          )    1:07-cv-00636 AWI GSA
                                         )
                                         )
                          Plaintiff,     )    ORDER REQUIRING PLAINTIFF TO
                                         )    SUBMIT APPLICATION TO PROCEED IN
     v.                                  )    FORMA PAUPERIS **OR** PAY FILING FEE
                                         )
ESCROW AND THE COUNTY                    )
TREASURY, et al.,                        )
                                         )
                                         )
                                         )
                                         )
                          Defendants.    )
_____  )

      Plaintiff, a state prisoner proceeding pro se, filed the instant action on April 26, 2007. However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.

      Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order.  The Clerk of the Court shall send Plaintiff the appropriate application.

      Failure to comply with this order will result in a recommendation that this action be dismissed.

      IT IS SO ORDERED.

**Dated:**   **October 30, 2007**            _____ **/s/ Gary S. Austin** _____
                                             UNITED STATES MAGISTRATE JUDGE