# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:07-cv-00636 AWI GSA |
| | ) | |
| | ) | |
| | ) | ORDER REGARDING |
| Plaintiff, | ) | SUBMISSION OF APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS **OR** PAY |
| v. | ) | FILING FEE |
| | ) | |
| ESCROW AND THE COUNTY | ) | (Document 8) |
| TREASURY, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant action on April 26, 2007. However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee. Accordingly, on October 31, 2007, this Court ordered Plaintiff to submit an application to proceed in forma pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30) days of the date of service of the order.  The Clerk of the Court sent Plaintiff the appropriate application.

Subsequently, on December 7, 2007, Plaintiff filed a document entitled "Motion for Injunctive Relief Requiring Defendants to Process Plaintiff In Forma Pauperis Application." (Document 8.)  In his motion, Plaintiff seeks (1) an injunction ordering defendants to process his second in forma pauperis application; and (2) an extension of time to submit his application or to pay the required filing fees for this action.

1    An application to proceed in forma pauperis should be submitted to this Court and not to
2 the defendants named in this action. Accordingly, Plaintiff's motion and request for injunctive
3 relief is DENIED. Plaintiff is ORDERED to submit and file an application to proceed in forma
4 pauperis, along with all necessary documentation, directly to this Court and not to the named
5 defendants in this action or, in the alternative, to pay the $350.00 filing fee. Plaintiff must
6 submit the application to proceed in forma pauperis or pay the filing fee within thirty (30) days of
7 the date of service of this order. The Clerk of the Court shall send Plaintiff an additional copy of
8 the appropriate application.
9    Failure of Plaintiff to comply with this order will result in a recommendation that this
10 action be dismissed.
11    IT IS SO ORDERED.
12    Dated:   **December 12, 2007**                    **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE