IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES E. SMITH,** ) | 1:07-cv-0636 AWI GSA |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING** |
| ) | **FINDINGS AND** |
| v. ) | **RECOMMENDATION** |
| ) | |
| **ESCROW AND THE COUNTY** ) | **ORDER DISMISSING** |
| **TREASURY, et al.,** ) | **ACTION** |
| ) | |
| Defendant. ) | |
| _____) | |

      This is a civil action filed by state prisoner James E. Smith.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.  On February 27, 2008, the Magistrate Judge filed Findings and Recommendation that recommended that the court dismiss this action for Plaintiff's failure to comply with court orders.  The Findings and Recommendation was served on Plaintiff and gave notice that any objections were to be filed within thirty days.   Plaintiff did not file objections the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Therefore, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 27, 2008, are ADOPTED IN FULL; and

2. This action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:     April 9, 2008**              _____/s/ Anthony W. Ishii_____
                                           UNITED STATES DISTRICT JUDGE